IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

JANIE MCFARLAND,

    Plaintiff,

v.    Case No.: 3:15CV0016

CHAXU, INC. d/b/a
CHARLOTTESVILLE SUPER 8
MOTEL,

    Defendant.

## FINAL ORDER

THE PARTIES, by and through counsel, having informed the Court that this action has been settled, it is

ORDERED that the cause of action set forth by the Plaintiff herein are dismissed with prejudice to any further actions with each party bearing their own costs.

ENTERED this _____ day of _____, 2016.

_____
JUDGE

WE ASK FOR THIS:

_/s/ Imie A. Harber_____
Imie Aisiku Harber, Esq. (VSB #72686)
Law Offices of Christopher R. Costabile
10555 Main Street, Suite 400
Fairfax, VA 22030
Imie.Harber@LibertyMutual.com
(703) 273-2777
703-691-4288 - FAX
*Counsel for Defendant*

*Additional endorsement on following page*

_[signature]_
Janie McFarland
36 Genova Court
Farmingdale, NY 11735
*Plaintiff*